## U.S. District Court – District of Colorado

**Your Name:** Dr. Gary W. Foster Mrs. Colleen G. Foster Walter A. Munyer, Personal Representative of the Estate of Cailin Renee Foster

**Address:** 52 N. Sherwood Glen Monument, CO 80132

**Phone:** 719-360-5775 **Email:** gwfoster1@juno.com

**Date:** July 11, 2026

**Clerk of Court** U.S. District Court for the District of Colorado Alfred A. Arraj Courthouse 901 19th Street Denver, CO 80294

**Re: Filing of Civil Action – Foster et al. v. United States of America Federal Tort Claims Act (FTCA)**

Dear Clerk of Court,

Please accept for filing the enclosed documents initiating a civil action under the Federal Tort Claims Act on behalf of Dr. Gary W. Foster, Mrs. Colleen G. Foster, and Walter A. Munyer, Personal Representative of the Estate of Cailin Renee Foster.

The filing packet includes:

1. **Complaint for Damages Under the Federal Tort Claims Act**
2. **Civil Cover Sheet (JS-44)**
3. **Summons in a Civil Action**
4. **Exhibit A – SF-95 and Denial Letter (06/06/2025)**
5. **Exhibit B – Request for Reconsideration and Final Denial (01/15/2026)**
6. **Exhibit C – Certificate of Appointment of Personal Representative (12/13/2021)**

The required civil filing fee is enclosed / will be paid via credit card. Authorization form is included.

Please issue the summons and return a copy to us for service upon the United States pursuant to Federal Rule of Civil Procedure 4(i).

If any additional information or corrections are required, please notify us at the contact information above.

Thank you for your assistance.

Sincerely,

_Dr. Gary W. Foster_ Dr. Gary W. Foster

_Mrs. Colleen G. Foster_ Mrs. Colleen G. Foster

_____ Walter A. Munyer Personal Representative of the Estate of Cailin Renee Foster