FOSTER
52 N. Sherwood Glen
Monument, CO 80132

Clerk of Court
Alfred A. Arraj Unites States Courthouse
901 19th Street, Room A105
Denver, CO 80294



**PRIORITY MAIL EXPRESS**
**LEGAL FLAT RATE**
**POSTAGE REQUIRED**

Case No. 1:26-cv-03131-MDB    Document 1-3    filed 07/13/26    USDC Colorado    pg 3 of 4

# P

# EXPRESS®

## LEGAL FLAT
## RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**EMS**

EP13L May 2020

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE

FOR DO ... USE

**UNITED STATES POSTAL SERVICE.**   *Retail*

**E**   | US POSTAGE PAID
**$40.60** | Origin: 80132
07/11/26
0763720290-82

■ Gua
■ Gua
■ USP
■ Insu
■ Pick
■ Sign

**PRIORITY MAIL EXPRESS®**

GARY FOSTER                    0 Lb 10.10 Oz
52 N SHERWOOD GLN
MONUMENT CO 80132-8713         RDC 07

SIGNATURE REQUIRED
RETURN RECEIPT REQUESTED

SCHEDULED DELIVERY DAY: 07/14/26 06:00 PM

C044

* Money
destina
+ Money

SHIP
TO:   A105

ALFRED A ARRAJ
US COURTHOUSE
901 19TH ST
DENVER CO 80294-2500

WHEN US

**USPS SIGNATURE® TRACKING #**

9571 1136 3806 6192 0545 66

**UNITED STATES POSTAL SERVICE.**



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13L © U.S. Postal Service; May 2020; All rights reserved.



