Summons —
3 COPIES EACH
FOR THREE PARTIES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO PETER McNEILLY
CIVIL PROCESS CLERK
1801 CALIFORNIA STREET, SUITE 1600
DENVER, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Grove Ct., OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO PETER McNEILLY
CIVIL PROCESS CLERK
1801 CALIFORNIA STREET, SUITE 1600
DENVER, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Grove Ct., OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER<br><br>_____<br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO PETER McNEILLY
CIVIL PROCESS CLERK
1801 CALIFORNIA STREET, SUITE 1600
DENVER, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Grove Ct., OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

<table>
<tr><td>Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER<br><br>————————————————<br><em>Plaintiff(s)</em><br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>————————————————<br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATTORNEY GENERAL OF THE UNITED STATES TODD BLANCHE - U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct. Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

<table>
<tr><td>Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td>UNITED STATES OF AMERICA</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATTORNEY GENERAL OF THE UNITED STATES TODD BLANCHE - U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct. Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Dr. GARY W. FOSTER,
MRS. COLLEEN G. FOSTER
WALTER A. MUNYER for
ESTATE OF CAILIN RENEE FOSTER

_____
*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ATTORNEY GENERAL OF THE UNITED STATES TODD BLANCHE - U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dr. Gary W. Foster 52 N Sherwood Glen Monument, CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct. Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SECRETARY OF THE AIR FORCE DR.TROY E. MEINK OR DESIGNEE
AIR FORCE GENERAL LITIGATION DIVISION
AFLOA/JACL
1500 W. PERIMETER RD SUITE 1370
JOINT BASE ANDREW, MD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Gary W. Foster 52 N Sherwood Glen Monument,CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Dr. GARY W. FOSTER,
MRS. COLLEEN G. FOSTER
WALTER A. MUNYER for
ESTATE OF CAILIN RENEE FOSTER

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SECRETARY OF THE AIR FORCE DR.TROY E. MEINK OR DESIGNEE
AIR FORCE GENERAL LITIGATION DIVISION
AFLOA/JACL
1500 W. PERIMETER RD SUITE 1370
JOINT BASE ANDREW, MD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Gary W. Foster 52 N Sherwood Glen Monument,CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| Dr. GARY W. FOSTER,<br>MRS. COLLEEN G. FOSTER<br>WALTER A. MUNYER for<br>ESTATE OF CAILIN RENEE FOSTER<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SECRETARY OF THE AIR FORCE DR.TROY E. MEINK OR DESIGNEE
AIR FORCE GENERAL LITIGATION DIVISION
AFLOA/JACL
1500 W. PERIMETER RD SUITE 1370
JOINT BASE ANDREW, MD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dr. Gary W. Foster 52 N Sherwood Glen Monument,CO 80132
Mrs. Colleen G. Foster 52 N Sherwood Glen Monument, CO 80132
Walter A. Munyer 1922 Timber Haven Ct Grove City, OH 43123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*